# EXHIBIT A
# PART 15 OF 15

CITIGROUP INC. - ACCOUNTS RECEIVABLE DUE THE LAW OFFICES OF DAVID J. STERN, P.A.

| Bill # | Date | Matter Code | Loan Number | Client | Client Name | Total Billed | Total AR | Fmac Number | Fmae Number |
|---|---|---|---|---|---|---|---|---|---|
| 1077561 | 1/18/2011 | 09-37244 | 5003784688 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 350.00 | 350.00 | | |
| 1077566 | 1/18/2011 | 07-99550 | 771486659 | CMI | CITIMORTGAGE, INC. | 70.00 | 70.00 | | |
| 1077571 | 1/19/2011 | 08-51719 | 770375807 | FNM | CITIMORTGAGE, INC. | 830.00 | 830.00 | | |
| 1078135 | 1/19/2011 | 08-04140 | 2004687662 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1078141 | 1/19/2011 | 08-04428 | 5002791136 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 395.00 | 395.00 | | |
| 1078147 | 1/19/2011 | 08-04718 | 2004199967 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1078148 | 1/19/2011 | 08-04720 | 2004574984 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 440.00 | 440.00 | | |
| 1078151 | 1/19/2011 | 08-04912 | 5003497501 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1078166 | 1/19/2011 | 08-05226 | 5002287505 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1078192 | 1/19/2011 | 08-06212 | 771575650 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 285.00 | 285.00 | | |
| 1078193 | 1/19/2011 | 08-06304 | 1120346297 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 130.87 | 130.87 | | |
| 1078224 | 1/19/2011 | 08-09432 | 5003828707 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 500.00 | 500.00 | | |
| 1078225 | 1/19/2011 | 08-09435 | 5003249456 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 758.25 | 758.25 | | |
| 1078287 | 1/19/2011 | 08-10923 | 5002887306 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1078290 | 1/19/2011 | 08-11111 | 2004878593 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 8.25 | 8.25 | | |
| 1078291 | 1/19/2011 | 08-11112 | 2004928929 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 750.00 | 750.00 | | |
| 1078292 | 1/19/2011 | 08-11118 | 5001013872 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1078293 | 1/19/2011 | 08-11119 | 771561353 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 410.00 | 410.00 | | |
| 1078298 | 1/19/2011 | 08-11329 | 2005506209 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 410.00 | 410.00 | | |
| 1078308 | 1/19/2011 | 08-11707 | 770812189 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1078314 | 1/19/2011 | 08-11746 | 5003482067 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1078315 | 1/19/2011 | 08-11806 | 2004642173 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1078327 | 1/19/2011 | 08-12236 | 771484872 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1078335 | 1/19/2011 | 08-11463 | 771545674 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1078344 | 1/19/2011 | 08-11874 | 771541759 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 508.25 | 508.25 | | |
| 1078345 | 1/19/2011 | 08-11875 | 2003899921 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1078532 | 1/19/2011 | 08-31108 | 770809098 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 1,210.00 | 1,210.00 | | |
| 1078544 | 1/19/2011 | 08-35727 | 5002783659 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 2,323.25 | 2,323.25 | | |
| 1078578 | 1/19/2011 | 08-34550 | 4439244 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1078593 | 1/19/2011 | 08-37728 | 5003032052 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 997.25 | 997.25 | | |
| 1078597 | 1/19/2011 | 08-38607 | 5003568919 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 750.00 | 750.00 | | |

CITIGROUP INC. - ACCOUNTS RECEIVABLE DUE THE LAW OFFICES OF DAVID J. STERN, P.A.

| Bill # | Date | Matter Code | Loan Number | Client | Client Name | Total Billed | Total AR | Fmac Number | Fmae Number |
|---|---|---|---|---|---|---|---|---|---|
| 1078698 | 1/19/2011 | 08-46607 | 771563700 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1078719 | 1/19/2011 | 08-50071 | 5000689379 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 175.00 | 175.00 | | |
| 1078751 | 1/19/2011 | 08-49314 | 2004797074 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 1,048.30 | 1,048.30 | | |
| 1078808 | 1/19/2011 | 08-54544 | 12310347 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1078877 | 1/19/2011 | 08-57735 | 5003380869 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1078878 | 1/19/2011 | 08-57737 | 4396103 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 890.00 | 890.00 | | |
| 1078898 | 1/19/2011 | 08-61643 | 2004950573 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 493.25 | 493.25 | | |
| 1078899 | 1/19/2011 | 08-61702 | 770800265 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 266.50 | 266.50 | | |
| 1078924 | 1/19/2011 | 08-64930 | 770815251 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 500.00 | 500.00 | | |
| 1078931 | 1/19/2011 | 08-65321 | 5002914619 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 698.25 | 698.25 | | |
| 1078990 | 1/19/2011 | 08-67005 | 5002355652 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 300.00 | 300.00 | | |
| 1079017 | 1/19/2011 | 08-68828 | 2005021395 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 765.00 | 765.00 | | |
| 1079026 | 1/19/2011 | 08-70429 | 771542605 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 383.25 | 383.25 | | |
| 1079092 | 1/19/2011 | 08-78578 | 1119941190 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1079132 | 1/19/2011 | 08-76918 | 770836423 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 741.50 | 741.50 | | |
| 1079133 | 1/19/2011 | 08-76942 | 2004617942 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 35.00 | 35.00 | | |
| 1079136 | 1/19/2011 | 08-77346 | 5002485885 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 508.25 | 508.25 | | |
| 1079238 | 1/19/2011 | 08-84836 | 12310735 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 500.00 | 500.00 | | |
| 1079475 | 1/19/2011 | 09-39314 | 770808750 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 8.25 | 8.25 | | |
| 1079478 | 1/19/2011 | 09-39330 | 5002351424 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 500.00 | 500.00 | | |
| 1079480 | 1/19/2011 | 09-39440 | 1120288354 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1079486 | 1/19/2011 | 09-39802 | 12299245 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1079492 | 1/19/2011 | 09-39940 | 2003191698 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1079537 | 1/19/2011 | 09-42446 | 5002340650 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 16.50 | 16.50 | | |
| 1079538 | 1/19/2011 | 09-42448 | 770800274 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 1,000.00 | 1,000.00 | | |
| 1079549 | 1/19/2011 | 09-43249 | 2002052955 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1079551 | 1/19/2011 | 09-43433 | 5003696997 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1079552 | 1/19/2011 | 09-43434 | 5003822730 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1079602 | 1/19/2011 | 09-46314 | 5003532317 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 90.00 | 90.00 | | |
| 1079738 | 1/19/2011 | 09-51955 | 1120333703 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 360.00 | 360.00 | | |
| 1079739 | 1/19/2011 | 09-51956 | 5002992397 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 628.25 | 628.25 | | |

CITIGROUP INC. - ACCOUNTS RECEIVABLE DUE THE LAW OFFICES OF DAVID J. STERN, P.A.

| Bill # | Date | Matter Code | Loan Number | Client | Client Name | Total Billed | Total AR | Fmac Number | Fmae Number |
|---|---|---|---|---|---|---|---|---|---|
| 1079740 | 1/19/2011 | 09-51957 | 771472675 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 405.00 | 405.00 | | |
| 1079798 | 1/19/2011 | 09-51747 | 771592489 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 258.25 | 258.25 | | |
| 1079799 | 1/19/2011 | 09-51748 | 5003625594 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 435.00 | 435.00 | | |
| 1079800 | 1/19/2011 | 09-52003 | 5002777366 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 996.00 | 996.00 | | |
| 1079801 | 1/19/2011 | 09-52006 | 12301088 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 240.00 | 240.00 | | |
| 1079802 | 1/19/2011 | 09-52009 | 1120295119 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 368.25 | 368.25 | | |
| 1080120 | 1/19/2011 | 09-60447 | 2004134547 | CMI | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |
| 1080253 | 1/19/2011 | 09-64106 | 683288947 | FNM | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |
| 1080406 | 1/19/2011 | 09-68489 | 771506409 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1080463 | 1/19/2011 | 09-68617 | 771567767 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 16.50 | 16.50 | | |
| 1080597 | 1/19/2011 | 09-74803 | 5002844584 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1080613 | 1/19/2011 | 09-75534 | 5001909911 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 16.50 | 16.50 | | |
| 1080614 | 1/19/2011 | 09-75535 | 5002986748 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1080615 | 1/19/2011 | 09-75537 | 5002660659 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1080674 | 1/19/2011 | 09-76403 | 1120377140 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1080676 | 1/19/2011 | 09-76428 | 770818830 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1080677 | 1/19/2011 | 09-76438 | 1120366978 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1080738 | 1/19/2011 | 09-81366 | 38467 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 8.25 | 8.25 | | |
| 1080945 | 1/19/2011 | 09-87631 | 20-0051-0287217 | TCFMH | CITIFINANCIAL MORTGAGE | 50.00 | 50.00 | | |
| 1080964 | 1/19/2011 | 10-20723 | 20-0051-0292580 | TCFMH | CITIFINANCIAL MORTGAGE | 8.25 | 8.25 | | |
| 1081195 | 1/19/2011 | 10-27356 | 20-0051-0294037 | TCFMH | CITIFINANCIAL MORTGAGE | 8.25 | 8.25 | | |
| 1081196 | 1/19/2011 | 10-27358 | 20-0051-0294028 | TCFMH | CITIFINANCIAL MORTGAGE | 50.00 | 50.00 | | |
| 1081232 | 1/19/2011 | 10-28446 | 20-0051-0294156 | TCFMH | CITIFINANCIAL MORTGAGE | 8.25 | 8.25 | | |
| 1081306 | 1/19/2011 | 10-29694 | 20-0051-0290431 | TCFMH | CITIFINANCIAL MORTGAGE | 316.30 | 316.30 | | |
| 1081351 | 1/19/2011 | 10-31133 | 20-0051-0291371 | TCFMH | CITIFINANCIAL MORTGAGE | 250.00 | 150.00 | | |
| 1081365 | 1/19/2011 | 10-31902 | 20-0051-0273274 | TCFMH | CITIFINANCIAL MORTGAGE | 170.00 | 170.00 | | |
| 1081411 | 1/19/2011 | 10-33346 | 5002784079 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1081658 | 1/19/2011 | 10-38709 | 2004923231 | CMI | CITIMORTGAGE, INC. | 1,190.00 | 1,190.00 | | |
| 1081728 | 1/19/2011 | 10-40629 | 20-0051-0269303 | TCFMH | CITIFINANCIAL MORTGAGE | 50.00 | 50.00 | | |
| 1081805 | 1/19/2011 | 08-92543 | 1120358992 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1081869 | 1/19/2011 | 08-98339 | 1120360623 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |

CITIGROUP INC. - ACCOUNTS RECEIVABLE DUE THE LAW OFFICES OF DAVID J. STERN, P.A.

| Bill # | Date | Matter Code | Loan Number | Client | Client Name | Total Billed | Total AR | Fmac Number | Fmae Number |
|---|---|---|---|---|---|---|---|---|---|
| 1081875 | 1/19/2011 | 08-99101 | 771473347 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1081877 | 1/19/2011 | 08-99118 | 541707188 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 1,125.00 | 1,125.00 | | |
| 1081881 | 1/19/2011 | 08-99905 | 5002799044 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 678.25 | 678.25 | | |
| 1081923 | 1/19/2011 | 09-16564 | 5003290312 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1081984 | 1/19/2011 | 09-20118 | 2004379072 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 495.00 | 495.00 | | |
| 1081985 | 1/19/2011 | 09-20132 | 2004527644 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1081986 | 1/19/2011 | 09-20141 | 5003267151 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 375.00 | 375.00 | | |
| 1081992 | 1/19/2011 | 09-18191 | 771547762 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 600.00 | 600.00 | | |
| 1081993 | 1/19/2011 | 09-18195 | 2004105148 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 445.00 | 445.00 | | |
| 1081994 | 1/19/2011 | 09-18197 | 771549836 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1081995 | 1/19/2011 | 09-18557 | 2004528661 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1081996 | 1/19/2011 | 09-18569 | 771544083 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1082000 | 1/19/2011 | 09-18896 | 771562843 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 577.60 | 577.60 | | |
| 1082001 | 1/19/2011 | 09-18898 | 771567789 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 303.25 | 303.25 | | |
| 1082002 | 1/19/2011 | 09-19055 | 12299792 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 405.00 | 405.00 | | |
| 1082003 | 1/19/2011 | 09-19056 | 771570400 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1082004 | 1/19/2011 | 09-19057 | 771570829 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1082005 | 1/19/2011 | 09-19063 | 12305721 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1082017 | 1/19/2011 | 09-19090 | 771493928 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1082018 | 1/19/2011 | 09-19454 | 12299647 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 606.50 | 606.50 | | |
| 1082023 | 1/19/2011 | 09-19664 | 771492375 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 360.00 | 360.00 | | |
| 1082024 | 1/19/2011 | 09-19666 | 771501157 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1082041 | 1/19/2011 | 09-21133 | 1120373548 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 575.00 | 575.00 | | |
| 1082053 | 1/19/2011 | 09-21357 | 2975934 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 340.00 | 340.00 | | |
| 1082066 | 1/19/2011 | 09-22026 | 5003406221 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 340.00 | 340.00 | | |
| 1082083 | 1/19/2011 | 09-22526 | 1120338438 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 340.00 | 340.00 | | |
| 1082186 | 1/19/2011 | 09-25515 | 771474117 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 340.00 | 340.00 | | |
| 1082187 | 1/19/2011 | 09-25518 | 771492284 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 590.00 | 590.00 | | |
| 1082188 | 1/19/2011 | 09-25519 | 771492296 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 495.00 | 495.00 | | |
| 1082199 | 1/19/2011 | 09-26227 | 5002744051 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 503.25 | 503.25 | | |
| 1082200 | 1/19/2011 | 09-26234 | 4000006239 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 508.25 | 508.25 | | |

CITIGROUP INC. - ACCOUNTS RECEIVABLE DUE THE LAW OFFICES OF DAVID J. STERN, P.A.

| Bill # | Date | Matter Code | Loan Number | Client | Client Name | Total Billed | Total AR | Fmac Number | Fmae Number |
|---|---|---|---|---|---|---|---|---|---|
| 1082201 | 1/19/2011 | 09-26236 | 2004716248 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 390.00 | 390.00 | | |
| 1082202 | 1/19/2011 | 09-26241 | 2004127970 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 340.00 | 340.00 | | |
| 1082203 | 1/19/2011 | 09-26243 | 2004206302 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 340.00 | 340.00 | | |
| 1082212 | 1/19/2011 | 09-26520 | 5003548982 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 340.00 | 340.00 | | |
| 1082373 | 1/19/2011 | 09-32428 | 5003764015 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 340.00 | 340.00 | | |
| 1082374 | 1/19/2011 | 09-32429 | 771478283 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 258.25 | 258.25 | | |
| 1082375 | 1/19/2011 | 09-32431 | 5002358900 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 450.00 | 450.00 | | |
| 1082379 | 1/19/2011 | 09-32613 | 771567257 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 500.00 | 500.00 | | |
| 1082380 | 1/19/2011 | 09-32617 | 771501018 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 340.00 | 340.00 | | |
| 1082390 | 1/19/2011 | 09-33017 | 12280297 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 340.00 | 340.00 | | |
| 1082391 | 1/19/2011 | 09-33019 | 771575602 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 500.00 | 500.00 | | |
| 1082403 | 1/19/2011 | 09-33038 | 771568399 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 340.00 | 340.00 | | |
| 1082416 | 1/19/2011 | 09-33208 | 2001579370 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 50.00 | 50.00 | | |
| 1082417 | 1/19/2011 | 09-33214 | 6261205776 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 340.00 | 340.00 | | |
| 1082418 | 1/19/2011 | 09-33233 | 771575806 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1082419 | 1/19/2011 | 09-33310 | 6169110 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 325.00 | 325.00 | | |
| 1082420 | 1/19/2011 | 09-33319 | 5003600452 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 170.00 | 170.00 | | |
| 1082421 | 1/19/2011 | 09-33325 | 5002937772 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 340.00 | 340.00 | | |
| 1082426 | 1/19/2011 | 09-33502 | 1120338065 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 750.00 | 750.00 | | |
| 1082427 | 1/19/2011 | 09-33506 | 5002366364 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1082428 | 1/19/2011 | 09-33508 | 4000066211 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 170.00 | 170.00 | | |
| 1082429 | 1/19/2011 | 09-33539 | 5003167615 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 1,000.00 | 1,000.00 | | |
| 1082430 | 1/19/2011 | 09-33542 | 771493514 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 340.00 | 340.00 | | |
| 1082431 | 1/19/2011 | 09-33802 | 5958991 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 590.00 | 590.00 | | |
| 1082434 | 1/19/2011 | 09-33916 | 1120352081 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 629.30 | 629.30 | | |
| 1082435 | 1/19/2011 | 09-33918 | 12250065 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 340.00 | 340.00 | | |
| 1082436 | 1/19/2011 | 09-33919 | 12295790 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 600.00 | 600.00 | | |
| 1082438 | 1/19/2011 | 09-33931 | 771533943 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 520.00 | 520.00 | | |
| 1082439 | 1/19/2011 | 09-33932 | 5002336334 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 835.00 | 835.00 | | |
| 1082440 | 1/19/2011 | 09-33935 | 2004962353 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 925.00 | 925.00 | | |
| 1082441 | 1/19/2011 | 09-33937 | 5001756258 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 450.00 | 450.00 | | |

CITIGROUP INC. - ACCOUNTS RECEIVABLE DUE THE LAW OFFICES OF DAVID J. STERN, P.A.

| Bill # | Date | Matter Code | Loan Number | Client | Client Name | Total Billed | Total AR | Fmac Number | Fmae Number |
|---|---|---|---|---|---|---|---|---|---|
| 1082442 | 1/19/2011 | 09-33938 | 771539560 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 375.00 | 375.00 | | |
| 1082443 | 1/19/2011 | 09-33940 | 2001301724 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 375.00 | 375.00 | | |
| 1082444 | 1/19/2011 | 09-33941 | 771570085 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 340.00 | 340.00 | | |
| 1082445 | 1/19/2011 | 09-33942 | 5002432515 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1082447 | 1/19/2011 | 09-34218 | 5000961756 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 525.00 | 525.00 | | |
| 1082448 | 1/19/2011 | 09-34223 | 1120368444 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 450.00 | 450.00 | | |
| 1082449 | 1/19/2011 | 09-34227 | 5003115984 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 1,200.00 | 1,200.00 | | |
| 1082492 | 1/19/2011 | 09-35142 | 5003681829 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 1,398.78 | 1,398.78 | | |
| 1082577 | 1/19/2011 | 09-89537 | 20-0051-0287269 | TCFMH | CITIFINANCIAL MORTGAGE | 16.50 | 16.50 | | |
| 1082659 | 1/19/2011 | 09-91625 | 20-0051-0284713 | TCFMH | CITIFINANCIAL MORTGAGE | 50.00 | 50.00 | | |
| 1082960 | 1/19/2011 | 10-03852 | 20-0051-0288356 | TCFMH | CITIFINANCIAL MORTGAGE | 8.25 | 8.25 | | |
| 1082964 | 1/19/2011 | 10-03879 | 20-0051-0283408 | TCFMH | CITIFINANCIAL MORTGAGE | 105.00 | 105.00 | | |
| 1083111 | 1/19/2011 | 10-09291 | 5003485239 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1083138 | 1/19/2011 | 10-10763 | 20-0051-0290315 | TCFMH | CITIFINANCIAL MORTGAGE | 8.25 | 8.25 | | |
| 1083143 | 1/19/2011 | 10-10792 | 20-0051-0290314 | TCFMH | CITIFINANCIAL MORTGAGE | 50.00 | 50.00 | | |
| 1083153 | 1/19/2011 | 10-12159 | 20-0051-0231591 | TCFMH | CITIFINANCIAL MORTGAGE | 250.00 | 250.00 | | |
| 1083435 | 1/19/2011 | 10-41456 | 6121515 | SAFE | SAFEGUARD PROPERTIES | 905.00 | 905.00 | | |
| 1083480 | 1/19/2011 | 10-42730 | 7268201 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 8.25 | 8.25 | | |
| 1083495 | 1/19/2011 | 10-42790 | 5003038295 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1083542 | 1/19/2011 | 10-43911 | 20-0051-0297922 | TCFMH | CITIFINANCIAL MORTGAGE | 582.60 | 582.60 | | |
| 1083561 | 1/19/2011 | 10-43979 | 20-0051-0297921 | TCFMH | CITIFINANCIAL MORTGAGE | 170.00 | 170.00 | | |
| 1083608 | 1/19/2011 | 10-44864 | 1120300540 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 170.00 | 170.00 | | |
| 1083636 | 1/19/2011 | 10-45912 | 5002365374 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 170.00 | 140.00 | | |
| 1083657 | 1/19/2011 | 10-46065 | 5002821372 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 150.00 | | |
| 1083667 | 1/19/2011 | 10-46708 | 2004114401 | SAFE | SAFEGUARD PROPERTIES | 905.00 | 905.00 | | |
| 1083668 | 1/19/2011 | 10-46655 | 20-0051-0200911 | TCFMH | CITIFINANCIAL MORTGAGE | 170.00 | 170.00 | | |
| 1083669 | 1/19/2011 | 10-46656 | 20-0051-0200897 | TCFMH | CITIFINANCIAL MORTGAGE | 170.00 | 170.00 | | |
| 1083670 | 1/19/2011 | 10-46660 | 20-0051-0200924 | TCFMH | CITIFINANCIAL MORTGAGE | 170.00 | 115.00 | | |
| 1083692 | 1/19/2011 | 10-47432 | 5003554743 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 17.50 | 17.50 | | |
| 1083698 | 1/19/2011 | 10-47510 | 2002360339 | CMI | CITIMORTGAGE, INC. | 6,300.00 | 6,300.00 | | |
| 1083718 | 1/19/2011 | 10-49424 | 5000057088 | TCFMH | CITIFINANCIAL MORTGAGE | 1,107.46 | 1,107.46 | | |

CITIGROUP INC. - ACCOUNTS RECEIVABLE DUE THE LAW OFFICES OF DAVID J. STERN, P.A.

| Bill # | Date | Matter Code | Loan Number | Client | Client Name | Total Billed | Total AR | Fmac Number | Fmae Number |
|---|---|---|---|---|---|---|---|---|---|
| 1083750 | 1/19/2011 | 09-51749 | 771521088 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 500.00 | 500.00 | | |
| 1085223 | 1/19/2011 | 09-85911 | 2005061185 | FNM | CITIMORTGAGE, INC. | 2,090.50 | 2,090.50 | | |
| 1085224 | 1/19/2011 | 09-58308 | 505120756 | FNM | CITIMORTGAGE, INC. | 1,209.18 | 1,209.18 | | |
| 1085505 | 1/21/2011 | 09-96138 | 770186791 | FNM | CITIMORTGAGE, INC. | 275.00 | 275.00 | | |
| 1085799 | 1/21/2011 | 10-39413 | 1120483736 | CMI | CITIMORTGAGE, INC. | 4,536.40 | 4,536.40 | | |
| 1085842 | 1/24/2011 | 07-95980 | 9000140757 | AQMC | CITI RESIDENTIAL LENDING, INC. f/k/a AM | 250.00 | 250.00 | | |
| 1085860 | 1/24/2011 | 07-15442 | 12243435 | CMI | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |
| 1086022 | 1/24/2011 | 08-54743 | 2004400188 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1086319 | 1/24/2011 | 09-18569 | 771544083 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1086506 | 1/24/2011 | 09-33222 | 2005566961 | FNM | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |
| 1086886 | 1/24/2011 | 10-02020 | 577775314 | FNM | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |
| 1087033 | 1/24/2011 | 10-27360 | 8162531 | FNM | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |
| 1087132 | 1/24/2011 | 10-38020 | 4000306235 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1087289 | 1/24/2011 | 08-06231 | 6276777 | FNM | CITIMORTGAGE, INC. | 1,156.90 | 1,156.90 | | |
| 1087999 | 1/25/2011 | 10-02018 | 704413844 | FNM | CITIMORTGAGE, INC. | 50.00 | 50.00 | | |
| 1088357 | 1/25/2011 | 10-26646 | 770737961 | FNM | CITIMORTGAGE, INC. | 50.00 | 50.00 | | |
| 1088601 | 1/26/2011 | 09-58308 | 505120756 | FNM | CITIMORTGAGE, INC. | 595.00 | 595.00 | | |
| 1088602 | 1/26/2011 | 09-85911 | 2005061185 | FNM | CITIMORTGAGE, INC. | 859.00 | 859.00 | | |
| 1088620 | 1/26/2011 | 07-03206 | 770819662 | CMI | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |
| 1088647 | 1/26/2011 | 07-10207 | 2004051457 | FNM | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |
| 1088672 | 1/26/2011 | 07-15442 | 12243435 | CMI | CITIMORTGAGE, INC. | 50.00 | 50.00 | | |
| 1088819 | 1/26/2011 | 08-04118 | 2004336378 | FNM | CITIMORTGAGE, INC. | 50.00 | 50.00 | | |
| 1088910 | 1/26/2011 | 08-13672 | 2003775237 | FNM | CITIMORTGAGE, INC. | 55.00 | 55.00 | | |
| 1089084 | 1/26/2011 | 08-85785 | 771545747 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1089136 | 1/26/2011 | 08-92534 | 5001288518 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 50.00 | 50.00 | | |
| 1089361 | 1/26/2011 | 09-31715 | 2001113249 | FNM | CITIMORTGAGE, INC. | 50.00 | 50.00 | | |
| 1089449 | 1/26/2011 | 09-34317 | 1119818057 | FNM | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |
| 1089473 | 1/26/2011 | 09-37410 | 12249849 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1089572 | 1/26/2011 | 09-43733 | 2005376186 | FNM | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |
| 1090436 | 1/26/2011 | 10-21812 | 2004153534 | FNM | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |
| 1090539 | 1/26/2011 | 10-28200 | 6292214 | FNM | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |

CITIGROUP INC. - ACCOUNTS RECEIVABLE DUE THE LAW OFFICES OF DAVID J. STERN, P.A.

| Bill # | Date | Matter Code | Loan Number | Client | Client Name | Total Billed | Total AR | Fmac Number | Fmae Number |
|---|---|---|---|---|---|---|---|---|---|
| 1090583 | 1/26/2011 | 10-30616 | 577706914 | FNM | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |
| 1091136 | 1/27/2011 | 08-00932 | 5001749733 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 350.00 | 350.00 | | |
| 1091144 | 1/27/2011 | 08-43622 | 771553547 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1091145 | 1/27/2011 | 08-44230 | 2004662481 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 1,120.00 | 1,120.00 | | |
| 1091146 | 1/27/2011 | 08-49216 | 771546170 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1091147 | 1/27/2011 | 08-54545 | 770830724 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 1,000.00 | 1,000.00 | | |
| 1091148 | 1/27/2011 | 08-59804 | 207540 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 500.00 | 500.00 | | |
| 1091149 | 1/27/2011 | 08-85782 | 771508649 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 378.25 | 378.25 | | |
| 1091150 | 1/27/2011 | 08-84415 | 770800283 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 575.00 | 575.00 | | |
| 1091151 | 1/27/2011 | 08-98325 | 2004443291 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 650.00 | 650.00 | | |
| 1091228 | 1/27/2011 | 07-88229 | 12312512 | CMI | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |
| 1091750 | 1/27/2011 | 09-27814 | 2003850549 | FNM | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |
| 1091861 | 1/27/2011 | 09-37132 | 770812247 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 463.00 | 463.00 | | |
| 1092335 | 1/27/2011 | 10-16166 | 2004653284 | CMI | CITIMORTGAGE, INC. | 10.70 | 10.70 | | |
| 1092348 | 1/27/2011 | 10-30540 | 683277101 | FNM | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |
| 1092887 | 1/28/2011 | 08-47115 | 2004565591 | FNM | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |
| 1093029 | 1/28/2011 | 08-79014 | 6203233 | FNM | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |
| 1093272 | 1/28/2011 | 09-36242 | 2004605950 | FNM | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |
| 1093282 | 1/28/2011 | 09-37246 | 2004601553 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1093391 | 1/28/2011 | 09-60430 | 771428882 | FNM | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |
| 1093883 | 1/28/2011 | 10-21379 | 3710783 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1094005 | 1/28/2011 | 10-31178 | 770737407 | FNM | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |
| 1094007 | 1/28/2011 | 10-31288 | 2005404905 | SAFE | SAFEGUARD PROPERTIES | 205.00 | 205.00 | | |
| 1094036 | 1/28/2011 | 10-42668 | 770839322 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 75.00 | 75.00 | | |
| 1094039 | 1/28/2011 | 10-42699 | 383771/2908040658 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 25.00 | 25.00 | | |
| 1094049 | 1/28/2011 | 10-46658 | 20-0051-0200914 | TCFMH | CITIFINANCIAL MORTGAGE | 250.00 | 250.00 | | |
| 1094051 | 1/28/2011 | 10-47268 | 243932/770580856 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 25.00 | 25.00 | | |
| 1094053 | 1/28/2011 | 10-49294 | 2003643865 | CMI | CITIMORTGAGE, INC. | 113.75 | 113.75 | | |
| 1094055 | 1/28/2011 | 10-51029 | 431827/2004194164 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 25.00 | 25.00 | | |
| 1095055 | 1/31/2011 | 10-15287 | 2004110986 | FNM | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |
| 1095217 | 1/31/2011 | 10-31288 | 2005404905 | SAFE | SAFEGUARD PROPERTIES | 975.00 | 975.00 | | |

CITIGROUP INC. - ACCOUNTS RECEIVABLE DUE THE LAW OFFICES OF DAVID J. STERN, P.A.

| Bill # | Date | Matter Code | Loan Number | Client | Client Name | Total Billed | Total AR | Fmac Number | Fmae Number |
|---|---|---|---|---|---|---|---|---|---|
| 1095293 | 1/31/2011 | 10-37537 | 19307925 | SAFE | SAFEGUARD PROPERTIES | 375.00 | 375.00 | | |
| 1095294 | 1/31/2011 | 10-37563 | 2005459421 | SAFE | SAFEGUARD PROPERTIES | 905.00 | 905.00 | | |
| 1095325 | 1/31/2011 | 10-42668 | 770839322 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 775.00 | 775.00 | | |
| 1095328 | 1/31/2011 | 10-42699 | 383771/2908040658 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 775.00 | 775.00 | | |
| 1095382 | 1/31/2011 | 10-47268 | 243932/770580856 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 300.00 | 300.00 | | |
| 1095446 | 1/31/2011 | 10-51029 | 431827/2004194164 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 300.00 | 300.00 | | |
| 1095481 | 1/31/2011 | 09-20788 | 5003501603 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 750.00 | 750.00 | | |
| 1095842 | 2/1/2011 | 07-03206 | 770819662 | CMI | CITIMORTGAGE, INC. | 50.00 | 50.00 | | |
| 1096159 | 2/1/2011 | 08-59736 | 656917087 | FNM | CITIMORTGAGE, INC. | 50.00 | 50.00 | | |
| 1096190 | 2/1/2011 | 08-69710 | 2004777880 | FNM | CITIMORTGAGE, INC. | 50.00 | 50.00 | | |
| 1096333 | 2/1/2011 | 09-18569 | 771544083 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1096557 | 2/1/2011 | 09-34317 | 1119818057 | FNM | CITIMORTGAGE, INC. | 50.00 | 50.00 | | |
| 1097022 | 2/1/2011 | 09-60430 | 771428882 | FNM | CITIMORTGAGE, INC. | 50.00 | 50.00 | | |
| 1097313 | 2/1/2011 | 09-87631 | 20-0051-0287217 | TCFMH | CITIFINANCIAL MORTGAGE | 250.00 | 250.00 | | |
| 1097364 | 2/1/2011 | 09-91739 | 8253707 | FNM | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |
| 1097789 | 2/1/2011 | 10-30616 | 577706914 | FNM | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |
| 1098146 | 2/1/2011 | 08-41301 | 12308161 | CMI | CITIMORTGAGE, INC. | 10.00 | 10.00 | | |
| 1098147 | 2/1/2011 | 08-41517 | 92677079 | AQMC | CITI RESIDENTIAL LENDING, INC. f/k/a AM | 10.00 | 10.00 | | |
| 1098178 | 2/1/2011 | 09-28949 | 649166949 | FNM | CITIMORTGAGE, INC. | 10.00 | 10.00 | | |
| 1098186 | 2/1/2011 | 09-44749 | 1093071 | FNM | CITIMORTGAGE, INC. | 10.00 | 10.00 | | |
| 1098204 | 2/1/2011 | 09-97823 | 771447787 | FNM | CITIMORTGAGE, INC. | 10.00 | 10.00 | | |
| 1098234 | 2/2/2011 | 10-41583 | 5003781845 | CMI | CITIMORTGAGE, INC. | 741.50 | 741.50 | | |
| 1098244 | 2/2/2011 | 10-32461 | 9000171760 | CMI | CITIMORTGAGE, INC. | 2,053.20 | 2,053.20 | | |
| 1098312 | 2/2/2011 | 07-10203 | 636852475 | CMI | CITIMORTGAGE, INC. | 50.00 | 50.00 | | |
| 1098668 | 2/2/2011 | 08-90638 | 2003888380 | FNM | CITIMORTGAGE, INC. | 50.00 | 50.00 | | |
| 1098911 | 2/2/2011 | 09-37545 | 771574764 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1099517 | 2/2/2011 | 10-08531 | 2005548312 | SAFEC | SAFEGUARD/CITIMORTGAGE, INC. | 310.00 | 310.00 | | |
| 1099814 | 2/2/2011 | 10-29198 | 2005514720 | SAFEC | SAFEGUARD/CITIMORTGAGE, INC. | 310.00 | 310.00 | | |
| 1099988 | 2/2/2011 | 09-57410 | 770860655 | CMI | CITIMORTGAGE, INC. | 10.00 | 10.00 | | |
| 1099993 | 2/2/2011 | 09-60431 | 13313128 | FNM | CITIMORTGAGE, INC. | 10.00 | 10.00 | | |
| 1100025 | 2/3/2011 | 09-36238 | 2002920173 | FNM | CITIMORTGAGE, INC. | 180.46 | 180.46 | | |

CITIGROUP INC. - ACCOUNTS RECEIVABLE DUE THE LAW OFFICES OF DAVID J. STERN, P.A.

| Bill # | Date | Matter Code | Loan Number | Client | Client Name | Total Billed | Total AR | Fmac Number | Fmae Number |
|---|---|---|---|---|---|---|---|---|---|
| 1100027 | 2/3/2011 | 07-08638 | 770811425 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 50.00 | 50.00 | | |
| 1100041 | 2/3/2011 | 07-19837 | 771538072 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 575.00 | 575.00 | | |
| 1100053 | 2/3/2011 | 08-48829 | 6261169881 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1100060 | 2/3/2011 | 08-54718 | 2004268414 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1100063 | 2/3/2011 | 08-56844 | 20-0051-0265585 | TCFMH | CITIFINANCIAL MORTGAGE | 250.00 | 250.00 | | |
| 1100064 | 2/3/2011 | 08-61548 | 771568976 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 792.60 | 792.60 | | |
| 1100065 | 2/3/2011 | 08-61645 | 770827995 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 1,911.00 | 1,911.00 | | |
| 1100093 | 2/3/2011 | 09-52000 | 2004793139 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 798.96 | 798.96 | | |
| 1100116 | 2/3/2011 | 06-67842 | 1041782 | FNM | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |
| 1100151 | 2/3/2011 | 07-08323 | 1290779 | FNM | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |
| 1100164 | 2/3/2011 | 07-10203 | 636852475 | CMI | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |
| 1100231 | 2/3/2011 | 07-96929 | 771438181 | FNM | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |
| 1100421 | 2/3/2011 | 08-13672 | 2003775237 | FNM | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |
| 1100512 | 2/3/2011 | 08-98326 | 2004475177 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1100688 | 2/3/2011 | 09-33915 | 1120288185 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1100860 | 2/3/2011 | 09-51748 | 5003625594 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1101201 | 2/3/2011 | 09-80111 | 2004940096 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1101694 | 2/3/2011 | 10-20731 | 20-0051-0259272 | TCFMH | CITIFINANCIAL MORTGAGE | 250.00 | 250.00 | | |
| 1101828 | 2/3/2011 | 10-23925 | 771436994 | FNM | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |
| 1101907 | 2/3/2011 | 10-27124 | 2004516685 | FNM | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |
| 1102150 | 2/3/2011 | 10-33824 | 6397258 | FNM | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |
| 1102405 | 2/3/2011 | 10-42789 | 771507785 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1102478 | 2/3/2011 | 10-47432 | 5003554743 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 105.00 | 105.00 | | |
| 1103245 | 2/4/2011 | 08-47116 | 770736147 | FNM | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |
| 1103293 | 2/4/2011 | 09-37211 | 1120327271 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1103299 | 2/4/2011 | 09-39747 | 2002418601 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1103342 | 2/4/2011 | 09-55103 | 631010738 | FNM | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |
| 1103357 | 2/4/2011 | 09-64433 | 1205740 | FNM | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |
| 1103866 | 2/4/2011 | 08-43915 | 771469403 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 1,381.70 | 1,381.70 | | |
| 1103868 | 2/4/2011 | 08-50436 | 126211 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 932.95 | 932.95 | | |
| 1104212 | 2/7/2011 | 08-39923 | 577716232 | FNM | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |

CITIGROUP INC. - ACCOUNTS RECEIVABLE DUE THE LAW OFFICES OF DAVID J. STERN, P.A.

| Bill # | Date | Matter Code | Loan Number | Client | Client Name | Total Billed | Total AR | Fmac Number | Fmae Number |
|---|---|---|---|---|---|---|---|---|---|
| 1104246 | 2/7/2011 | 08-45722 | 2003490945 | FNM | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |
| 1104886 | 2/7/2011 | 10-28454 | 5001470298 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 11.50 | 11.50 | | |
| 1104917 | 2/7/2011 | 10-47432 | 5003554743 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 17.50 | 17.50 | | |
| 1104960 | 2/7/2011 | 10-26984 | 770174350 | FNM | CITIMORTGAGE, INC. | 10.00 | 10.00 | | |
| 1105055 | 2/8/2011 | 07-17346 | 770804367 | CMI | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |
| 1105234 | 2/8/2011 | 08-44625 | 770824132 | CMI | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |
| 1105374 | 2/8/2011 | 08-62313 | 771076428 | FNM | CITIMORTGAGE, INC. | 12.00 | 12.00 | | |
| 1105526 | 2/8/2011 | 09-19057 | 771570829 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1105758 | 2/8/2011 | 09-61434 | 652462114 | CMI | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |
| 1105815 | 2/8/2011 | 09-91002 | 771572150 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1105834 | 2/8/2011 | 10-02768 | 701868876 | FNM | CITIMORTGAGE, INC | 250.00 | 250.00 | | |
| 1105934 | 2/8/2011 | 10-18489 | 770226417 | FNM | CITIMORTGAGE, INC. | 5.00 | 5.00 | | |
| 1105938 | 2/8/2011 | 10-16166 | 2004653284 | CMI | CITIMORTGAGE, INC. | 10.70 | 10.70 | | |
| 1105961 | 2/8/2011 | 10-30538 | 2004312654 | FNM | CITIMORTGAGE, INC | 250.00 | 250.00 | | |
| 1106040 | 2/8/2011 | 09-52000 | 2004793139 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 310.00 | 310.00 | | |
| 1106511 | 2/9/2011 | 07-18095 | 9000168741 | AQMC | CITI RESIDENTIAL LENDING, INC f/k/a AM | 250.00 | 250.00 | | |
| 1106620 | 2/9/2011 | 08-04310 | 20-0051-0272713 | TCFMH | CITIFINANCIAL MORTGAGE | 250.00 | 250.00 | | |
| 1106669 | 2/9/2011 | 08-33665 | 2003768877 | FNM | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |
| 1106687 | 2/9/2011 | 08-35806 | 2003991098 | CMI | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |
| 1106693 | 2/9/2011 | 08-36630 | 770849731 | CMI | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |
| 1106726 | 2/9/2011 | 08-37724 | 5003437289 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1106762 | 2/9/2011 | 08-41383 | 770240183 | FNM | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |
| 1106782 | 2/9/2011 | 08-41911 | 2004344430 | CMI | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |
| 1106801 | 2/9/2011 | 08-43419 | 12245092 | CMI | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |
| 1106819 | 2/9/2011 | 08-44232 | 2003820795 | CMI | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |
| 1106857 | 2/9/2011 | 08-46015 | 2004264981 | CMI | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |
| 1106984 | 2/9/2011 | 08-59736 | 656917087 | FNM | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |
| 1107090 | 2/9/2011 | 08-62719 | 2003359227 | FNM | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |
| 1107099 | 2/9/2011 | 08-66522 | 2004824996 | CMI | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |
| 1107204 | 2/9/2011 | 08-68410 | 2004676189 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1107207 | 2/9/2011 | 08-68823 | 6130218 | FNM | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |

CITIGROUP INC. - ACCOUNTS RECEIVABLE DUE THE LAW OFFICES OF DAVID J. STERN, P.A.

| Bill # | Date | Matter Code | Loan Number | Client | Client Name | Total Billed | Total AR | Fmac Number | Fmae Number |
|---|---|---|---|---|---|---|---|---|---|
| 1107209 | 2/9/2011 | 08-69007 | 2004996184 | CMI | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |
| 1107211 | 2/9/2011 | 08-69710 | 2004777880 | FNM | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |
| 1107541 | 2/9/2011 | 08-84918 | 2003476386 | FNM | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |
| 1107550 | 2/9/2011 | 08-85342 | 2004850339 | CMI | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |
| 1107639 | 2/9/2011 | 08-90638 | 2003888380 | FNM | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |
| 1107755 | 2/9/2011 | 08-92534 | 5001288518 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1107777 | 2/9/2011 | 08-97622 | 771440239 | FNM | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |
| 1108007 | 2/9/2011 | 09-26228 | 614568521 | FNM | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |
| 1108039 | 2/9/2011 | 09-27437 | 2005285990 | FNM | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |
| 1108100 | 2/9/2011 | 09-31310 | 650937749 | FNM | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |
| 1108114 | 2/9/2011 | 09-31715 | 2001113249 | FNM | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |
| 1108217 | 2/9/2011 | 09-37421 | 20-0051-0278821 | TCFMH | CITIFINANCIAL MORTGAGE | 250.00 | 250.00 | | |
| 1108224 | 2/9/2011 | 09-38831 | 2004779114 | FNM | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |
| 1108328 | 2/9/2011 | 09-33217 | 2004430761 | FNM | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |
| 1108570 | 2/9/2011 | 09-51740 | 20-0051-0272619 | TCFMH | CITIFINANCIAL MORTGAGE | 250.00 | 250.00 | | |
| 1108662 | 2/9/2011 | 09-53537 | 6427828 | FNM | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |
| 1108681 | 2/9/2011 | 09-55032 | 648216925 | CMI | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |
| 1108843 | 2/9/2011 | 09-62749 | 20-0051-0284541 | TCFMH | CITIFINANCIAL MORTGAGE | 250.00 | 250.00 | | |
| 1108868 | 2/9/2011 | 09-74802 | 771294136 | CMI | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |
| 1108912 | 2/9/2011 | 10-02018 | 704413844 | FNM | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |
| 1108922 | 2/9/2011 | 10-05199 | 2004203493 | FNM | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |
| 1108939 | 2/9/2011 | 10-07889 | 2003696908 | CMI | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |
| 1108941 | 2/9/2011 | 10-13009 | 771570629 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1108951 | 2/9/2011 | 10-17987 | 5003662084 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1108959 | 2/9/2011 | 10-23501 | 505012783 | FNM | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |
| 1108961 | 2/9/2011 | 10-23584 | 1061221 | FNM | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |
| 1108965 | 2/9/2011 | 10-26646 | 770737961 | FNM | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |
| 1108994 | 2/9/2011 | 10-46655 | 20-0051-0200911 | TCFMH | CITIFINANCIAL MORTGAGE | 250.00 | 250.00 | | |
| 1109205 | 2/2/2011 | 10-49706 | 400846/771432798 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 430.00 | 430.00 | | |
| 1109334 | 2/10/2011 | 08-68819 | 2003492449 | FNM | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |
| 1109803 | 2/10/2011 | 09-18046 | 2004200547 | FNM | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |

CITIGROUP INC. - ACCOUNTS RECEIVABLE DUE THE LAW OFFICES OF DAVID J. STERN, P.A.

| Bill # | Date | Matter Code | Loan Number | Client | Client Name | Total Billed | Total AR | Fmac Number | Fmae Number |
|---|---|---|---|---|---|---|---|---|---|
| 1110389 | 2/10/2011 | 09-39916 | 5002916400 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1110499 | 2/10/2011 | 09-59207 | 771548509 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1110506 | 2/10/2011 | 09-61038 | 401819953 | CMI | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |
| 1110567 | 2/10/2011 | 09-67729 | 771558463 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1110894 | 2/11/2011 | 07-27539 | 12301111 | CMI | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |
| 1110936 | 2/11/2011 | 08-40305 | 12282941 | CMI | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |
| 1113199 | 2/11/2011 | 09-93917 | 5001476911 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 12.00 | 12.00 | | |
| 1113560 | 2/14/2011 | 09-20118 | 2004379072 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1115078 | 2/15/2011 | 08-35804 | 770853948 | CMI | CITIMORTGAGE, INC. | 50.00 | 50.00 | | |
| 1115116 | 2/15/2011 | 06-67842 | 1041782 | FNM | CITIMORTGAGE, INC. | 50.00 | 50.00 | | |
| 1115129 | 2/15/2011 | 08-11339 | 771561300 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1115845 | 2/15/2011 | 09-60418 | 6182846 | FNM | CITIMORTGAGE, INC. | 250.00 | 250.00 | | |
| 1116339 | 2/15/2011 | 08-05901 | 2003133092 | FNM | CITIMORTGAGE, INC. | 345.80 | 345.80 | | |
| 1116390 | 2/16/2011 | 08-66522 | 2004824996 | CMI | CITIMORTGAGE, INC. | 50.00 | 50.00 | | |
| 1117292 | 2/18/2011 | 08-28763 | 1227680 | CMI | CITIMORTGAGE, INC. | 50.00 | 50.00 | | |
| 1117305 | 2/18/2011 | 09-37410 | 12249849 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1117894 | 2/18/2011 | 10-51080 | 435947/2005719384 | CMI | CITIMORTGAGE, INC. | 275.00 | 275.00 | | |
| 1117961 | 2/18/2011 | 08-C22845 | 771487566 | CFMB | CITIFINANCIAL MORTGAGE | 300.00 | 300.00 | | |
| 1117963 | 2/22/2011 | 08-C23664 | 771493895 | CMI | CITIMORTGAGE, INC. | 325.00 | 325.00 | | |
| 1117972 | 2/22/2011 | 08-41383 | 770240183 | FNM | CITIMORTGAGE, INC. | 50.00 | 50.00 | | |
| 1117973 | 2/22/2011 | 08-45722 | 2003490945 | FNM | CITIMORTGAGE, INC. | 50.00 | 50.00 | | |
| 1119495 | 2/24/2011 | 09-18046 | 2004200547 | FNM | CITIMORTGAGE, INC. | 50.00 | 50.00 | | |
| 1119854 | 2/24/2011 | 10-38777 | 2004669668 | CMI | CITIMORTGAGE, INC. | 1,089.50 | 1,089.50 | | |
| 1119888 | 2/24/2011 | 10-35381 | 2003561798 | CMI | CITIMORTGAGE, INC. | 1,404.00 | 1,404.00 | | |
| 1119907 | 2/25/2011 | 10-40652 | 20-0051-0296791 | TCFMH | CITIFINANCIAL MORTGAGE | 254.50 | 129.50 | | |
| 1120011 | 2/25/2011 | 09-32429 | 771478283 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 250.00 | 250.00 | | |
| 1120038 | 2/25/2011 | 09-37419 | 20-0051-0278823 | TCFMH | CITIFINANCIAL MORTGAGE | 250.00 | 250.00 | | |
| 1120310 | 2/26/2011 | 10-29198 | 2005514720 | SAFEC | SAFEGUARD/CITIMORTGAGE, INC. | 1,140.00 | 1,140.00 | | |
| 1120311 | 2/26/2011 | 10-31288 | 2005404905 | SAFE | SAFEGUARD PROPERTIES | 600.00 | 600.00 | | |
| 1120318 | 2/26/2011 | 10-44069 | 1291028 | SAFE | SAFEGUARD PROPERTIES | 880.00 | 880.00 | | |
| 1120321 | 2/26/2011 | 10-47267 | 2003243630 | SAFE | SAFEGUARD PROPERTIES | 1,585.00 | 1,585.00 | | |

CITIGROUP INC. - ACCOUNTS RECEIVABLE DUE THE LAW OFFICES OF DAVID J. STERN, P.A.

| Bill # | Date | Matter Code | Loan Number | Client | Client Name | Total Billed | Total AR | Fmac Number | Fmae Number |
|---|---|---|---|---|---|---|---|---|---|
| 1120322 | 2/26/2011 | 10-48208 | 2003852613 | SAFE | SAFEGUARD PROPERTIES | 830.00 | 830.00 | | |
| 1120328 | 2/26/2011 | 10-51022 | 771431397 | SAFE | SAFEGUARD PROPERTIES | 580.00 | 580.00 | | |
| 1120331 | 2/26/2011 | 10-52013 | 771447820 | SAFE | SAFEGUARD PROPERTIES | 1,005.00 | 1,005.00 | | |
| 1120521 | 3/1/2011 | 08-06823 | 8276755 | FNM | CITIMORTGAGE, INC. | 52.50 | 52.50 | | |
| 1120703 | 3/1/2011 | 09-55949 | 20-0051-0264774 | TCFMH | CITIFINANCIAL MORTGAGE | 250.00 | 250.00 | | |
| 1121110 | 3/1/2011 | 10-47432 | 5003554743 | TCFM | CITIFINANCIAL MORTGAGE COMPANY | 30.00 | 30.00 | | |
| 1121111 | 3/1/2011 | 10-49294 | 2003643865 | CMI | CITIMORTGAGE, INC. | 30.00 | 30.00 | | |
| 1121173 | 3/1/2011 | 08-31617 | 770736396 | FNM | CITIMORTGAGE, INC. | (50.00) | (50.00) | | |
| 1121193 | 3/1/2011 | 10-41572 | 05-0071-0263553 | CMI | CITIMORTGAGE, INC. | 383.50 | 383.50 | | |
| 1121194 | 3/2/2011 | 08-33127 | 1119840874 | FNM | CITIMORTGAGE, INC. | 61.70 | 61.70 | | |
| 1121195 | 3/2/2011 | 10-49423 | 2004349294 | CMI | CITIMORTGAGE, INC. | 1,402.00 | 1,402.00 | | |
| | | | | | | | 4,439,794.53 | | |

# EXHIBIT B



TEW · CARDENAS LLP
ATTORNEYS AT LAW

FOUR SEASONS TOWER
15TH FLOOR
1441 BRICKELL AVENUE
MIAMI, FLORIDA 33131-3407
T 305.536.1112
F 305.536.1116
WWW.TEWLAW.COM

Writer's Direct Dial No. (305) 536-8452
Email: jt@tewlaw.com

March 2, 2011

nicola.tanelli@citi.com

Mr. Nick Tanilli
Deputy General Counsel
North America Operations & Technology
Citigroup Inc.
153 E. 53rd Street, 6th Floor
New York, NY 10022
p: 212-793-8764
f: 212-793-2760

Re: Citigroup, Inc. Client Codes: ABN, AFS, AMI, AQMC, CFMB, CMI, CMI2, CMIF, CMIT, FNM, FNMT, FPRM, PRM, AFE, SAFEC, SLCMI, SLHM, SOM, TCFM, TCFMH
Accounts Receivable Due The Law Offices of David J. Stern, P.A.

Dear Mr. Tanilli:

Our firm has been engaged by the The Law Offices of David J. Stern, P.A. ("the law firm") to collect payment of the outstanding and unpaid invoices for legal fees and expenses ("the invoices") that you owe the law firm.

Attached to this letter is an excel spread sheet itemizing the unpaid invoices which as of this date total $4,439,794.53. We reserve the right to supplement this claim with additional unpaid invoices. This letter shall serve as the law firm's demand that you pay the invoices upon your receipt of this letter. If I we have not resolved this claim within fifteen days of the date of this letter I have been instructed to take appropriate action to collect these invoices. If you have any questions or wish to discuss this matter please contact me.

Very truly yours,

Jeffrey Tew

JT:jab
Enclosure

551593.1