UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-civ-21223-PCH

THE LAW OFFICES OF DAVID J. STERN, P.A.,

    Plaintiff,

v.

CITIMORTGAGE, INC.,

    Defendant.

## DEFENDANT CITIMORTGAGE, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant CitiMortgage, Inc. hereby files its Disclosure Statement and states:

1. Defendant CitiMortgage, Inc. is a New York corporation and is wholly owned by Citibank, N.A.

2. Citibank, N.A. is chartered under the National Bank Act and is wholly owned by Citicorp.

3. Citicorp is a Delaware corporation and is wholly owned by Citigroup Inc.

4. Citigroup Inc. is a Delaware corporation and its shares are publicly traded.

LA 51399243v3

STROOCK & STROOCK & LAVAN LLP • MIAMI • NEW YORK • LOS ANGELES
WACHOVIA FINANCIAL CENTER, 200 SOUTH BISCAYNE BLVD., SUITE 3100 MIAMI, FL 33131
TEL 305.358.9900 FAX 305.789.9302 WWW.STROOCK.COM

Respectfully submitted this 12th day of April, 2011.

<u>*s/Robert T. Wright, Jr.*</u>
STROOCK & STROOCK & LAVAN LLP
Robert T. Wright, Jr., Esq.
Florida Bar No. 185525
rwright@stroock.com
Irene Oria, Esq.
Florida Bar No. 484570
ioria@stroock.com
200 South Biscayne Boulevard, Suite 3100
Miami, Florida 33131
Telephone: (305) 358-9900
Facsimile: (305) 789-9302

ROGERS & HARDIN LLP
Christopher J. Willis, Esq.
*Pro hac vice application submitted*
John K. Larkins III, Esq.
*Pro hac vice application submitted*
Stefanie H. Jackman, Esq.
*Pro hac vice application submitted*
ROGERS & HARDIN LLP
2700 International Tower, Peachtree
229 Peachtree Street, N.E.
Atlanta, GA 30303-1601
Telephone: (404) 522-4700
Facsimile: (404) 525-2224

*Attorneys for Defendant, CitiMortgage, Inc.*

-3-

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 12th of April, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

> *s/ Robert T. Wright, Jr.*
> Robert T. Wright, Jr.

-4-

## SERVICE LIST

*The Law Offices of David J. Stern, P.A. v. CitiMortgage, Inc.*
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 11-civ-21223-PCH

JEFFREY TEW, ESQ.
MATIAS R. DORTA, ESQ.
TEW CARDENAS LLP
Four Seasons Tower
1441 Brickell Avenue, 15th Floor
Miami, Florida 33131
Facsimile: (305) 536-1116
*Counsel for Plaintiff*
[*Via CM/ECF*]