UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CIV-21223-HUCK/BANDSTRA

THE LAW OFFICES OF DAVID J. STERN, P.A.,

    Plaintiff,

v.

CITIMORTGAGE, INC.,

    Defendant.

## NOTICE OF PENDING SIMILAR ACTION

Defendant CitiMortgage, Inc. ("CMI"), pursuant to Local Rule 3.8 and the Court's Internal Operating Procedure 2.15.00(c), hereby gives the Court notice of a case pending in this Court that may be "similar" under IOP 2.15.00(c).

The similar case is *The Law Offices of David J. Stern, P.A. v. Federal Home Loan Mortgage Corp.*, Case No. 11-civ-60623-SEITZ (initiated by a Complaint filed on March 23, 2011). The similarities between the present case and the *Federal Home Loan Mortgage Corp.* case are set forth in CMI's Motion to Transfer, filed contemporaneously with this Notice.

CMI also notes that there are three other cases brought by Plaintiff that have been removed to this Court. The cases are as follows:

1. *The Law Offices of David J. Stern, P.A. v. Chase Home Finance LLC*, Case No. 1:11-civ-21039-HUCK, (removed to this Court on March 25, 2011).

2. *Law Offices of David J. Stern, P.A. v. Nationstar Mortgage, LLC*, Case No. 11-civ-60735-DIMITROULEAS, (removed to this Court on April 6, 2011).

3. *The Law Offices of David J. Stern, P.A. v. Metlife Bank, N.A.*, Case No. 1:11-civ-21240-SEITZ (removed to this Court on April 8, 2011).

LA 51400982v1
04/13/11 04:41PM

STROOCK & STROOCK & LAVAN LLP • MIAMI • NEW YORK • LOS ANGELES
WACHOVIA FINANCIAL CENTER, 200 SOUTH BISCAYNE BLVD., SUITE 3100 MIAMI, FL 33131
TEL 305.358.9900 FAX 305.789.9302 WWW.STROOCK.COM

These three actions were brought by the same Plaintiff, and the complaints in these actions are similar in form to those in the actions filed against CMI and the Federal Home Loan Mortgage Corporation. CMI does not believe that any of the contracts or transactions at issue in these cases will have any overlap with the contract and transactions at issue in the present case. However, one or more of these actions may have some commonality with the case filed by Plaintiff against the Federal Home Loan Mortgage Corporation. CMI does not have sufficient information regarding this potential commonality, but brings these actions to the Court's attention for the sake of completeness.

Respectfully submitted this 13th day of April, 2011.

*s/Robert T. Wright, Jr.*
STROOCK & STROOCK & LAVAN LLP
Robert T. Wright, Jr., Esq.
Florida Bar No. 185525
rwright@stroock.com
Irene Oria, Esq.
Florida Bar No. 484570
ioria@stroock.com
200 South Biscayne Boulevard, Suite 3100
Miami, Florida 33131
Telephone: (305) 358-9900
Facsimile: (305) 789-9302

ROGERS & HARDIN LLP
Christopher J. Willis, Esq.
*Admitted pro hac vice*
John K. Larkins III, Esq.
*Admitted pro hac vice*

                      Stefanie H. Jackman, Esq.
                      *Admitted pro hac vice*
                      ROGERS & HARDIN LLP
                      2700 International Tower, Peachtree
                      229 Peachtree Street, N.E.
                      Atlanta, GA  30303-1601
                      Telephone: (404) 522-4700
                      Facsimile: (404) 525-2224

                      *Attorneys for Defendant, CitiMortgage, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 13th of April, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

                      /s/ ***Robert T. Wright, Jr.***
                      Robert T. Wright, Jr.

LA 51400982v1
04/13/11 04:41PM

STROOCK & STROOCK & LAVAN LLP · MIAMI · NEW YORK · LOS ANGELES
WACHOVIA FINANCIAL CENTER, 200 SOUTH BISCAYNE BLVD., SUITE 3100 MIAMI, FL 33131
TEL 305.358.9900 FAX 305.789.9302 WWW.STROOCK.COM

## SERVICE LIST

*The Law Offices of David J. Stern, P.A. v. CitiMortgage, Inc.*
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 11-CIV-21223-HUCK/BANDSTRA

JEFFREY TEW, ESQ.
MATIAS R. DORTA, ESQ.
TEW CARDENAS LLP
Four Seasons Tower
1441 Brickell Avenue, 15th Floor
Miami, Florida 33131
Facsimile: (305) 536-1116
*Counsel for Plaintiff*
[*Via CM/ECF*]

LA 51400982v1
04/13/11 04:41PM

STROOCK & STROOCK & LAVAN LLP • MIAMI • NEW YORK • LOS ANGELES
WACHOVIA FINANCIAL CENTER, 200 SOUTH BISCAYNE BLVD., SUITE 3100 MIAMI, FL 33131
TEL 305.358.9900 FAX 305.789.9302 WWW.STROOCK.COM