UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CIV-21223-HUCK/BANDSTRA

THE LAW OFFICES OF DAVID J. STERN, P.A.,

    Plaintiff,

v.

CITIMORTGAGE, INC.,

    Defendant.

## MOTION TO TRANSFER

Defendant CitiMortgage, Inc. ("CMI") moves the Court to enter an order transferring this action to Judge Patricia A. Seitz, pursuant to Local Rule 3.8 and this Court's Internal Operating Procedures 2.06.00 and 2.15.00, because a prior-filed, similar case has been assigned to Judge Seitz.

The similar case is *The Law Offices of David J. Stern, P.A. v. Federal Home Loan Mortgage Corp.*, Case No. 11-civ-60623-SEITZ (initiated by a Complaint filed on March 23, 2011).[1] In that action, the Plaintiff seeks recovery of approximately $1.3 million from the Federal Home Loan Mortgage Corp., commonly known as "Freddie Mac," based on the Plaintiff's allegation that Freddie Mac breached a contractual obligation to pay Plaintiff for legal services rendered in connection with residential foreclosures in the State of Florida. The Complaint filed by Plaintiff against Freddie Mac is very similar to the Complaint filed in the instant action.

---

[1] CMI did not identify this action as a related case in its Civil Cover Sheet because it did not have sufficient information at that time to determine whether the case was related.

LA 51400979v1
04/13/11 04:40PM

STROOCK & STROOCK & LAVAN LLP • MIAMI • NEW YORK • LOS ANGELES
WACHOVIA FINANCIAL CENTER, 200 SOUTH BISCAYNE BLVD., SUITE 3100 MIAMI, FL 33131
TEL 305.358.9900 FAX 305.789.9302 WWW.STROOCK.COM

There are several reasons why the action filed against Freddie Mac is "similar" to the present case under the Court's IOP 2.15.00(c). Not only is the Plaintiff the same in both cases, but there is some potential factual overlap between the two cases. Freddie Mac purchases residential mortgage loans, but the servicing of those loans is typically performed by another entity. In particular, CMI services some loans for Freddie Mac, including loans in Florida. With respect to such loans, Plaintiff had entered into a contract with CMI and a contract with Freddie Mac, and both contracts would have applied to foreclosures on loans owned by Freddie Mac that were being serviced by CMI. Moreover, to the extent that Plaintiff's claims against Freddie Mac involve loans that were being serviced by CMI, the two cases would also be "similar" under IOP 2.15.00(c). CMI does not currently know the extent of the overlap between the loans that are the subject of the two actions, but it has identified at least some loans that are the subject of the Freddie Mac case that were being serviced by CMI. In any event, there is sufficient similarity between the two cases that CMI believes that the Court's resources would be most efficiently used if the two cases were assigned to the same Judge. In keeping with IOP 2.06.00 and 2.15.00, CMI requests a transfer to Judge Seitz because the case before Judge Seitz was filed in this Court on March 23, 2011, while the present case was removed to this Court on April 7, 2011.

For the foregoing reasons, Defendant CitiMortgage, Inc. moves the Court to enter an Order transferring this case to Judge Seitz, pursuant to Local Rule 3.8 and the Court's Internal Operating Procedures 2.06.00 and 2.15.00.

Respectfully submitted this 13th day of April, 2011.

LA 51400979v1
04/13/11 04:40PM

STROOCK & STROOCK & LAVAN LLP • MIAMI • NEW YORK • LOS ANGELES
WACHOVIA FINANCIAL CENTER, 200 SOUTH BISCAYNE BLVD., SUITE 3100 MIAMI, FL 33131
TEL 305.358.9900 FAX 305.789.9302 WWW.STROOCK.COM

<u>*s/Robert T. Wright, Jr.*</u>
STROOCK & STROOCK & LAVAN LLP
Robert T. Wright, Jr., Esq.
Florida Bar No. 185525
rwright@stroock.com
Irene Oria, Esq.
Florida Bar No. 484570
ioria@stroock.com
200 South Biscayne Boulevard, Suite 3100
Miami, Florida  33131
Telephone: (305) 358-9900
Facsimile: (305) 789-9302

ROGERS & HARDIN LLP
Christopher J. Willis, Esq.
*Admitted pro hac vice*
John K. Larkins III, Esq.
*Admitted pro hac vice*
Stefanie H. Jackman, Esq.
*Admitted pro hac vice*
ROGERS & HARDIN LLP
2700 International Tower, Peachtree
229 Peachtree Street, N.E.
Atlanta, GA  30303-1601
Telephone: (404) 522-4700
Facsimile: (404) 525-2224

*Attorneys for Defendant, CitiMortgage, Inc.*

3

LA 51400979v1
04/13/11 04:40PM

STROOCK & STROOCK & LAVAN LLP · MIAMI · NEW YORK · LOS ANGELES
WACHOVIA FINANCIAL CENTER, 200 SOUTH BISCAYNE BLVD., SUITE 3100 MIAMI, FL 33131
TEL 305.358.9900 FAX 305.789.9302 WWW.STROOCK.COM

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 13th of April, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

/s/ *Robert T. Wright, Jr.*
Robert T. Wright, Jr.

LA 51400979v1
04/13/11 04:40PM

STROOCK & STROOCK & LAVAN LLP · MIAMI · NEW YORK · LOS ANGELES
WACHOVIA FINANCIAL CENTER, 200 SOUTH BISCAYNE BLVD., SUITE 3100 MIAMI, FL 33131
TEL 305.358.9900 FAX 305.789.9302 WWW.STROOCK.COM

## SERVICE LIST

*The Law Offices of David J. Stern, P.A. v. CitiMortgage, Inc.*
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 11-civ-21223-HUCK/BANDSTRA

JEFFREY TEW, ESQ.
MATIAS R. DORTA, ESQ.
TEW CARDENAS LLP
Four Seasons Tower
1441 Brickell Avenue, 15th Floor
Miami, Florida 33131
Facsimile: (305) 536-1116
*Counsel for Plaintiff*
[*Via CM/ECF*]

LA 51400979v1
04/13/11 04:40PM

STROOCK & STROOCK & LAVAN LLP • MIAMI • NEW YORK • LOS ANGELES
WACHOVIA FINANCIAL CENTER, 200 SOUTH BISCAYNE BLVD., SUITE 3100 MIAMI, FL 33131
TEL 305.358.9900 FAX 305.789.9302 WWW.STROOCK.COM