UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-21223-CIV-HUCK/BANDSTRA

THE LAW OFFICES OF DAVID J. STERN, P.A.,

    Plaintiff/Counter-Defendant,

v.

CITIMORTGAGE, INC.,

    Defendant/Counter-Plaintiff.
_____/

## ANSWER AND AFFIRMATIVE DEFENSES TO COUNTERCLAIM

Counter-Defendant, The Law Offices of David J. Stern, P.A. ("DJSPA") asserts its answer and affirmative defenses to the Counterclaim filed by Counter-Plaintiff, CitiMortgage, Inc. ("CMI") and states:

### GENERAL DENIAL

DJSPA denies each and every allegation of the Counterclaim not specifically admitted herein.

### INCORPORATION OF ANSWER

1. Denied.

### VENUE AND JURISDICATION

2. Admitted.

3. Admitted.

## COUNTERCLAIM I – BREACH OF CONTRACT

4. Admitted that CMI and DJSPA entered into contract by which DJSPA agreed to perform legal services for CMI. The remaining allegations in paragraph 4 of CMI's Counterclaim are denied as phrased.

5. Denied.

6. Denied that DJSPA breached any representations or warranties in any contract or agreement between DJSPA and CMI. Denied that DJSPA being a party to the class action case or Florida Attorney General investigation referenced in paragraph 6 of the Counterclaim constituted a breach of any representation or warranty or in any way caused any clause or section in any contract or agreement between DJSPA and CMI to become false.

7. Denied.

8. Denied.

9. Denied.

## COUNTERCLAIM II – BREACH OF NEW YORK'S FAITHLESS SERVICE DOCTRINE

10. DJSPA reasserts its answers to paragraphs 1 through 9 of the Counterclaim.

11. Admitted.

12. Admitted.

13. Denied.

14. Denied as phrased.

15. Denied.

16. Denied.

17. Denied.

18. Denied.

2

## COUNTERCLAIM III – INDEMNIFICATION

19. DJSPA reasserts its answers to paragraphs 1 through 16 of the Counterclaim.

20. Denied as phrased.

21. Denied as phrased.

22. Denied.

23. Denied.

24. Denied.

25. All allegations and prayers for relief in the Wherefore Clause of the Counterclaim are denied.

## AFFIRMATIVE DEENSES

1. CMI's claims are barred, in whole or in part, because it failed to state a cause of action upon which relief can be granted.

2. CMI is not entitled to any relief because it materially breached the Law Firm Agreement referenced in the Counterclaim by, among other things, failing to abide by the terms of the Law Firm Agreement, failing to pay DJSPA for services rendered, and failing to promptly obtain replacement counsel.

3. CMI claims are barred, in whole or in part, by comparative negligence because CMI's own negligence caused all or part of its purported damages.

4. CMI failed to mitigate its purported damages because, among other things, it failed to promptly obtain replacement counsel after it purported to terminate DJSPA from representing CMI in foreclosure proceedings.

5. CMI's purported damages must be set-off by the damages it caused DJSPA by its breach of the Law Firm Agreement and/or other contracts between CMI and DJSPA.

6. CMI is not entitled to indemnification because it is at least partially at fault due to, among other things, its own material breaches of contract.

7. CMI's claims are barred by waiver and/or estoppel because it voluntarily relinquished the right to object to each and every invoice submitted to CMI by DJSPA for legal services rendered.

8. CMI's claims are barred, in whole or in part, by laches because it unreasonably delayed seeking the claims for relief in its Counterclaim.

9. CMI's claims are barred, in whole or in part, by the applicable statutes of limitations.

WHEREFORE, DJSPA respectfully requests this Court dismiss CMI's Counterclaim with prejudice, award DJSPA attorneys' fees and costs, and grant any other relief this Honorable Court deems just and proper.

Dated: **April 28, 2011**

Respectfully submitted,
**TEW CARDENAS LLP**
*Counsel for Plaintiff/Counter-Defendant The Law Offices of David J. Stern, P.A.*
1441 Brickell Avenue, 15th Floor
Miami, Florida  33131
Telephone: (305) 536-1112
Facsimile:  (305) 536-1116

By:     s/James E. Malphurs_____
JEFFREY A. TEW
Florida Bar No. 121291
jt@tewlaw.com
MATIAS R. DORTA
Florida Bar No. 770817
mrd@tewlaw.com
JAMES E. MALPHURS
Florida Bar No. 67228
jmalphurs@tewlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **April 28, 2011**, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the Service List below via transmission of Notice of Electronic Filing generated by CM/ECF.

By: <u>s/James E. Malphurs</u>
James E. Malphurs

## SERVICE LIST

**Jeffrey A. Tew, Esq.**
**Matias R. Dorta, Esq.**
**James E. Malphurs, Esq.**
**TEW CARDENAS LLP**
*Counsel for Plaintiff, The Law Offices of David J. Stern, P.A.*
1441 Brickell Avenue, 15th Floor
Miami, Florida  33131
Telephone: (305) 536-1112
Facsimile:  (305) 536-1116
[via CM/ECF]

**Robert T. Wright, Jr., Esq.**
**Irene Oria, Esq.**
**STROOCK & STROOCK & LAVAN, LLP**
200 South Biscayne Boulevard
Suite 3100
Miami, FL 33131
Telephone: (305) 789-9326
Facsimile: (305) 416-2826
e-mail: rwright@stroock.com
e-mail: ioria@stroock.com
[via CM/ECF]

**Amanda Star Frazer, Esq.**
**LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP**
*Attorneys for Intervenor Federal National Mortgage Association*
201 South Biscayne Boulevard
34th Floor
Miami, FL 33131
Telephone: (305) 403-8788
Facsimile: (305) 403-8789
e-mail: af@lkllaw.com
[via CM/ECF]

**Christopher J. Willis, Esq.**
**John K. Larkins, III, Esq.**
**Stefanie H. Jackman, Esq.**
**ROGERS & HARDIN, LLP**
Peachtree Center
229 Peachtree Street, N.E.
2700 International Tower
Atlanta, GA 30303-1601
Telephone: (404) 420-4650
e-mail: cwillis@rh-law.com
e-mail: jlarkins@rh-law.com
e-mail: sjackman@rh-law.com
[via CM/ECF]

553745.1