# CIVIL MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### HONORABLE PAUL C. HUCK

Date & Time: 7/26/11 9:05 - 9:12  CASE NO. 11-CV-21223-Huck

Clerk: A. Greer (4) Evelyn Williams  Court Reporter: Patricia Sanders

Title of Case: Law of of David Stern vs. Citimortgage, Inc

Plaintiff's Attorney: Matias Dorta

Defendant's Attorney: Christopher Willis, Irene Oria
Fannie Mae: Jeffrey Schneider, Amanda Frazer

Reason for Hearing: Status conference

Result of Hearing: Parties to advise the court when review of invoices is complete. Parties to file motion for continuance if continuance of trial date is needed.

Misc.

Case Continued to: _____ Time: _____ For: _____